RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave
Suite 820
Las Vegas, NV  89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>CHARLES R. MCNEIL<br>LINDA N. MCNEIL<br><br>**Debtors** | CHAPTER 13<br>CASE NO: BKS-17-11387-BTB<br><br>TRUSTEE'S DIRECTIVE |

This is an important directive from the Trustee requiring your immediate attention.  It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH.  If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney.  Please be advised that a copy of this directive will be sent to your attorney.  You are required to provide to the Trustee the following:

**Please immediately provide the Chapter 13 Trustee with complete copies of your 2017 IRS returns, along with any refunds you may have received. If you were not required to file a tax return with the IRS, please provide a notarized affidavit to support this. If an extension has been filed, please provide proof of the extension.  These are required pursuant to the terms of your confirmed plan. Failure to timely resolve these issues may result in the filing of a Motion to Dismiss your bankruptcy case.**

To date, the Trustee has not received the requested data.  It is necessary that you comply with the Trustee's request 21 days from the file stamped date of this directive.  YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee.  If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed.

ALL CORRESPONDENCE MUST BE MAILED TO:     701 Bridger Ave
                                          Suite 820
                                          Las Vegas, NV  89101

ALL PAYMENTS MUST BE MAILED TO:     RICK A YARNALL, TRUSTEE
                                    P.O. Box 1482
                                    Memphis, TN 38101-1482

PAYMENTS MAY ALSO BE SENT THROUGH OUR ONLINE PAYMENT SYSTEM:

www.lasvegas13.com/epay.php

Dated: 6/6/2018

/s/ Rick A. Yarnall

Rick A. Yarnall
Chapter 13 Trustee

cc: Peters & Associates Llp

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on the 6th day of June, 2018, I provided a copy of the Trustee's Directive and Certificate of Service to each of the following by:

[ x ]  a.  **ECF System:**

    XENOPHON PETERS    jennifer@pandalawfirm.com, yvonne@pandalawfirm.com; elizabeth@pandalawfirm.com; gus@pandalawfirm.com; shelley@pandalawfirm.com
    •RICK A. YARNALL    ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

[ x ]  b.  **United States mail, postage fully prepaid:**

    CHARLES R. MCNEIL & LINDA N. MCNEIL
    P.O. BOX 90642
    HENDERSON, NV  89009

[ ]  c.  **Personal Service:**
[ ]  d.  **By direct mail (as opposed to through the ECF System):**
[ ]  e.  **By fax transmission:**

    /s/ Leah Engel
    Leah Engel, an Employee of
    RICK A. YARNALL
    Chapter 13 Bankruptcy Trustee