RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave
Suite 820
Las Vegas, NV  89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE:**<br>**CHARLES R. MCNEIL**<br>**LINDA N. MCNEIL**<br><br><br><br>              **Debtors** | **CHAPTER 13**<br>**CASE NO: BKS-17-11387-BTB**<br><br><br>**TRUSTEE'S DIRECTIVE** |

  This is an important directive from the Trustee requiring your immediate attention.  It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH.  If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney.  Please be advised that a copy of this directive will be sent to your attorney.  You are required to provide to the Trustee the following:

**Debtor(s) are to immediately provide the Chapter 13 Trustee with complete copies of your 2019 IRS tax returns and refunds.  If you filed for an extension, please provide proof of the extension from the IRS.  Failure to timely provide the documents and refunds will result in the filing of a Motion to dismiss your case.**

  To date, the Trustee has not received the requested data.  It is necessary that you comply with the Trustee's request 21 days from the file stamped date of this directive.  YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

  The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee.  If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed.

ALL CORRESPONDENCE MUST BE MAILED TO:        701 Bridger Ave
                                             Suite 820
                                             Las Vegas, NV  89101

ALL PAYMENTS MUST BE MAILED TO:       RICK A YARNALL, TRUSTEE
                                      P.O. Box 1482
                                      Memphis, TN 38101-1482

PAYMENTS MAY ALSO BE SENT THROUGH OUR ONLINE PAYMENT SYSTEM:

www.lasvegas13.com/epay.php

Dated: 8/11/2020

cc: Peters & Associates, Llp

/s/ Rick A. Yarnall
Rick A. Yarnall
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over

the age of 18 years; and that on the 11th day of August, 2020, I provided a copy of the Trustee's Directive and

Certificate of Service to each of the following by:

[ x ]  a.  **ECF System:**

      XENOPHON PETERS    jennifer@pandalawfirm.com, yvonne@pandalawfirm.com;
      elizabeth@pandalawfirm.com; gabriel@pandalawfirm.com; shelley@pandalawfirm.com
      deflyerer95238@notify.bestcase.com
      •RICK A. YARNALL    ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

[ x ]  b.  **United States mail, postage fully prepaid:**

      CHARLES R. MCNEIL & LINDA N. MCNEIL
      P.O. BOX 90642
      HENDERSON, NV  89009

[   ]  c.  **Personal Service:**
[   ]  d.  **By direct mail (as opposed to through the ECF System):**
[   ]  e.  **By fax transmission:**

                        /s/ Leah Engel
                        Leah Engel, an Employee of
                        RICK A. YARNALL
                        Chapter 13 Bankruptcy Trustee